UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3-08CV1105-B |
| MICROTUNE, INC., DOUGLAS J. BARTEK and NANCY A. RICHARDSON, | § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Jeremy D. Kernodle, Texas Bar No. 24032618, of Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, Texas 75219, (214) 651-5159, enters his appearance in this matter as counsel for Douglas J. Bartek in the above-styled and numbered cause. Counsel hereby requests notice and copies of all communications and other documents filed in this matter.

DATED: December 30, 2008

RESPECTFULLY SUBMITTED,

/s/ *Jeremy D. Kernodle*
Jeremy D. Kernodle
State Bar No. 24032618
Email: jeremy.kernodle@haynesboone.com
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5159
Facsimile: (214) 200-0693

ATTORNEY FOR DOUGLAS J. BARTEK

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule 5.1(e). As such, this notice was served on all counsel who have consented to electronic service, pursuant to Local Rule 5.1(d) and Fed. R. Civ. P. 5(b)(2)(E), on this the 30th day of December, 2008.

                                            /s/ *Jeremy D. Kernodle*
                                            Jeremy D. Kernodle

1711252.1